**Horace R. BROWN, Appellant, v. UNITED STATES FIDELITY & GUARANTY INSURANCE COMPANY, Appellee.**

Court of Appeals of Kentucky.
March 19, 1954.

Hines & Hines, Thomas W. Hines, Bowling Green, for appellant.

Marshall Funk, Aaron F. Overfelt, Bowling Green, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment for $2,143 based upon a jury verdict on a subrogation claim of appellee. We have examined the instructions about which complaint is made, and are of the opinion that they properly submitted the case to the jury in the absence of written instructions offered by appellant upon specific defenses upon which he wished to rely. See Evans v. Dotson, 1953, Ky., 255 S.W.2d 476.

The motion is overruled, and the judgment is affirmed.